NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DIVIX GOLF, INC.,**
*Plaintiff-Appellee,*

v.

**JEFFREY P. MOHR AND REMEDY GOLF, INC.,**
*Defendants-Appellants.*

*AND*

**BANDWAGON, INC.,**
*Defendant-Appellant,*

*AND*

**DINA SARCOZ AND FELIX HOANG,**
*Defendants.*

---

2012-1235, -1236

---

Appeals from the United States District Court for the Southern District of California in case no. 05-CV-1488, Judge John A. Houston.

---

**ON MOTION**

---

**ORDER**

Jeffrey P. Mohr and Remedy Golf, Inc. move without opposition for a 60-day extension of time, until August 28, 2012, to file their opening brief or in the alternative, move for joinder in Bandwagon's motion to stay proceedings in these appeals pending the district court's disposition of its motion for clarification on attorney fees. The court notes these appeals were stayed pursuant to this court's order dated June 28, 2012.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion for an extension of time is moot.

FOR THE COURT

**JUL 13 2012**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: William Eric Hilton, Esq.
Todd A. Moore, Esq.
William T. Pascoe, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 13 2012

JAN HORBALY
CLERK